1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JENNIFER PATRICIA STATON,        )   Case Number: 2:20-cv-01940-DJA
                                 )
            Plaintiff,           )
    vs.                          )
                                 )
COMMISSIONER OF SOCIAL SECURITY, )
                                 )   June 14, 2021
            Defendant.           )
                                 )
                                 )

## PLAINTIFF'S UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE HER BRIEF

Plaintiff, by her attorneys, respectfully requests an extension of thirty (30) days to file her brief in this matter. Plaintiff's brief is currently due on June 25, 2021. However, due to other unexpected press of business, delays related to the COVID-19 pandemic, and an unexpected staff shortage, counsel for Plaintiff will be unable to comprehensively review the entire record, summarize the medical findings, and prepare a legally sufficient brief by this deadline. In addition, the record is voluminous at over 1,200 pages, and thus, requires additional time to review the entire record and complete a brief. This is Plaintiff's first request for an extension of time in this matter.

This firm has contacted counsel for Defendant, who has no objection to this request.

Dated: June 15, 2021                                Respectfully submitted,

By: /s/ Daniel S. Jones
Daniel S. Jones
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fedcourt@binderlawfirm.com

/s/ Hal Taylor
Hal Taylor
Local Of Counsel
223 Marsh Avenue
Reno, NV 89505
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER PATRICIA STATON, ) | Case Number: 2:20-cv-01940-DJA |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HER BRIEF

AND NOW, this 17th day of June, 2021, upon consideration of Plaintiff's Motion for an Extension of Time to File Her Brief,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's brief is due July 26, 2021. All other due dates are also extended by 30 days.

Entered: June 17, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will also send notice of electronic filing to all counsel of record via Notices of Electronic Filing generated by CM/ECF.

s/Daniel S. Jones<br>
DANIEL S. JONES<br>
Attorney for Plaintiff